# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| **DYLAN HINDERS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 19-cv-3080 |
| **SHIVA 3, INC., a franchisee of DUNKIN' DONUTS,** | ) |
| **Defendant.** | ) |

## MOTION FOR ENTRY OF JUDGMENT
## BY DEFAULT AGAINST SHIVA 3, INC.

**NOW COMES** Plaintiff, DYLAN HINDERS, by his attorneys, Jennifer M. Sender and Andrés J. Gallegos of Robbins, Salomon & Patt, Ltd., and for his Motion for the Entry of Judgment by Default pursuant to Fed. R. Civ. P. 55(b)(2) against Defendant SHIVA 3, INC., states as follows:

In Compliance with CDIL-LR 7.1(B)(1), the attached Memorandum of Law in Support of Plaintiff's Motion for Default Judgment fully sets forth the bases for Plaintiff's Motion. Therefore, for the grounds fully discussed in the attached Memorandum, Plaintiff respectfully moves this honorable Court to grant Plaintiff's Motion for Default Judgment and to enter an order against Defendant SHIVA 3, INC. for declaratory judgment, injunctive relief, attorneys' fees, costs, and expenses, and compensatory damages as set forth therein.

DYLAN HINDERS, Plaintiff,

By:   /s/ Jennifer M. Sender
       One of his Attorneys

3294500 (14238.1)

Jennifer M. Sender (ARDC No. 6207774)
Andrés J. Gallegos (ARDC No. 6212168)
Attorneys for Plaintiff
ROBBINS, SALOMON & PATT, LTD.
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 782-9000 - Telephone
(312) 782-6690 - Facsimile
jsender@rsplaw.com
agallegos@rsplaw.com